IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **RAYMOND MONTEZ,** *Plaintiff,* | § § § | |
| v. | § § | P:22-CV-00049-DC |
| **RAY E. WILLIAMS,** and **KIMBERLY GARZA,** *Defendants.* | § § § § | |

# FINAL JUDGMENT

On this date, the Court issued an order granting Defendants' summary judgment motion. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is **ORDERED** that the case is **CLOSED**.

It is **FURTHER ORDERED** that each party bear its own costs.

It is so **ORDERED**.

SIGNED this 22nd day of November, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE